IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    11-cv-02990-WYD-KLM

SCOTT BURKE, on behalf of himself and others similarly situated,

    Plaintiff,

v.

ALTA COLLEGES, INC., d/b/a Westwood College, a Delaware corporation,

    Defendant.

---

## MINUTE ORDER

---

ORDERED ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Motion to Certify Conditionally a Collective Action Under the Fair Labor Standards Act 29 U.S.C. § 216(b) and for Court Assisted Notice Under Authority of *Sperling v. Hoffman La* Roche, 493 U.S. 165, 169 (1989) (ECF No. 19) is **DENIED WITHOUT PREJUDICE.**   A fully briefed Motion to Stay this matter is currently pending before the magistrate judge.   Should the motion to stay be denied, Plaintiff may refile an appropriate motion for certification.   Should the Motion to Stay be granted, Plaintiff may refile such motion once the stay has been lifted.

    February 9, 2012