**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: October 9, 2012 |
| E.C.R./Reporter: Tammy Hoffschildt | |

Civil Action No: **11-cv-02990-WYD-KLM**    Counsel:

**SCOTT BURKE**,                                                    Donna E. Dell'Olio

        Plaintiff,

v.

**ALTA COLLEGES, INC.**,                                   Elizabeth I. Kiovsky

        Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**2:07 p.m.**    Court in Session

        APPEARANCES OF COUNSEL.

        Court's opening remarks.

        Defendant's Motion to Stay the Deadline for its Response to Plaintiff's Motion to Certify Conditionally a Collective Action, to Bifurcate the Case, and Request for Court Conference (ECF Doc. No. 31), filed August 13, 2012, and Plaintiff's Motion to Certify Conditionally a Collective Action under the Fair Labor Standards Act 29 U.S.C. §216(b) and for Court Assisted Notice under Authority of *Sperling v. Hoffman La Roche*, 493 U.S. 165,169 (1989) (ECF Doc. No. 27), filed July 13, 2012, are raised for argument.

2:09 p.m.    Argument by Plaintiff (Ms. Dell'Olio)

2:10 p.m.    Argument by Defendant (Ms. Kiovsky).

| | |
|---|---|
| 2:14 p.m. | Argument by Plaintiff (Ms. Dell'Olio). |
| 2:20 p.m. | Argument by Defendant (Ms. Kiovsky). |
| 2:22 p.m. | Argument by Plaintiff (Ms. Dell'Olio). |
| 2:28 p.m. | Argument by Defendant (Ms. Kiovsky). |
| 2:34 p.m. | Argument by Plaintiff (Ms. Dell'Olio). |

**ORDERED:** Defendant's Motion to Stay the Deadline for its Response to Plaintiff's Motion to Certify Conditionally a Collective Action, to Bifurcate the Case, and Request for Court Conference (ECF Doc. No. 31), filed August 13, 2012, is **DENIED.**

**ORDERED:** Plaintiff's Motion to Certify Conditionally a Collective Action under the Fair Labor Standards Act 29 U.S.C. §216(b) and for Court Assisted Notice under Authority of *Sperling v. Hoffman La Roche*, 493 U.S. 165,169 (1989) (ECF Doc. No. 27), filed July 13, 2012, is **GRANTED.**

**ORDERED:** Addresses for potential class action participants shall be provided to Ms. Dell'Olio not later than **Thursday, October 11, 2012, at 5:00 p.m. (M.D.T.)** to be followed by Ms. Dell'Olio immediately sending out the Hoffman La Roche notice approved by the Court via First Class mail to the potential opt-in plaintiffs.

**2:43 p.m.** Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:  :36**