IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:11-CV-02990-WYD-KLM

SCOTT BURKE, on behalf of himself and others similarly situated,

    Plaintiff,

v.

ALTA COLLEGES, INC. d/b/a
WESTWOOD COLLEGE, a Delaware corporation,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    The Unopposed Motion to Withdraw Consents to Join filed by Megan Corley, Krista Wilkinson, Deborah Peschio Moss, David Elliott, Wallene Price and Beth Ann St. George (ECF No. 79) is **GRANTED.** The Consents to Join filed by Megan Corley, Krista Wilkinson, Deborah Peschio Moss, David Elliott, Wallene Price and Beth Ann St. George shall be **WITHDRAWN.**

    Dated:  March 25, 2013