IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:11-CV-02990-WYD-KLM

SCOTT BURKE, on behalf of himself and others similarly situated,

    Plaintiff,

v.

ALTA COLLEGES, INC. d/b/a
WESTWOOD COLLEGE, a Delaware corporation,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    The Unopposed Motion to Withdraw Consents to Join filed by Jason Bennett and Dennis Boccardi (ECF No. 81) is **GRANTED.**  The Consents to Join filed by Jason Bennett and Dennis Boccardi shall be **WITHDRAWN.**

    Dated:  April 1, 2013