IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Nos.   11-cv-02990-WYD-KLM
                    12-cv-02927-WYD-KLM

SCOTT BURKE, on behalf of himself and others similarly situated, and
ANTONIO COOK, on behalf of himself and others similarly situated,

    Plaintiffs,

v.

ALTA COLLEGES, INC., d/b/a/ Westwood College, a Delaware corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Amend Scheduling Order to Extend Time to Complete Discovery, File Dispositive Motions and Serve Discovery Responses** [Docket No. 91; Filed June 24, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#91] is **GRANTED**. The Scheduling Order entered on January 11, 2013 [#72] is amended to extend the following deadlines:

- Discovery Deadline                               **August 7, 2013**
- Dispositive Motions Deadline               **September 30, 2013**

    IT IS FURTHER **ORDERED** that the Opt-in Plaintiffs' written responses to discovery requests[1] are due on or before July 19, 2013.[2]

---

[1] The Court notes that in the Motion the parties refer to this agreement as concerning "responses to individual opt in Plaintiffs' discovery requests" and later state "counsel for the Parties have agreed that responses to all written discovery directed to opt- in Plaintiffs may be served no later than July 19, 2013." *Motion* [#91] at 1-2. The first mention of the discovery responses could be understood to relate to discovery requests directed to Defendant by the Opt-in Plaintiffs. However, based on the later language, the Court understands the July 19 deadline to relate to discovery requests directed to the Opt-in Plaintiffs.

[2] In the Motion the parties state that they have agreed that "Plaintiffs will provide their discovery responses no later than three days prior to a noticed deposition." *Motion* [#91] at 2.

IT IF FURTHER **ORDERED** that all pleadings filed in this case shall use the consolidated caption as required by the Court's Order [#83].

Dated: June 25, 2013

---

However, it is unclear to the Court if the intention is for Plaintiffs to provide responses at least three days prior to the first noticed deposition in this case or at least three days prior to Plaintiffs' noticed depositions. Therefore, the Court does not address Plaintiffs' deadline to provide their responses to discovery requests in this Order.