IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Nos.   11-cv-02990-WYD-KLM and
12-cv-02927-WYD-KLM

SCOTT BURKE, on behalf of himself and others similarly situated, and
ANTONIO COOK, on behalf of himself and others similarly situated,

    Plaintiffs,

v.

ALTA COLLEGES, INC., d/b/a/ Westwood College, a Delaware corporation,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW CONSENTS TO JOIN FILED BY RACHAEL BYKOVNY, LORI ANNE LAWSON AND TAMMY L. TOMBERLIN

This matter comes before the Court on the Unopposed Motion to Withdraw Consents to Join filed by Rachael Bykovny, Lori Anne Lawson and Tammy L. Tomberlin.

This Court, having reviewed the file and being duly advised of the premises, it is hereby

ORDERED that the Unopposed Motion to Withdraw Consents to Join Filed by Rachael Bykovny, Lori Anne Lawson and Tammy L. Tomberlin [ECF Doc. No. 100], filed July 12, 2013, is **GRANTED.**  It is further

ORDERED that the Consents of Rachael Bykovny, Lori Anne Lawson and Tammy L. Tomberlin are effectively withdrawn this date.  It is further

ORDERED that the foregoing named opt-in Plaintiffs shall no longer be a party to or be bound by this action.

Dated: July 15, 2013

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE