IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Nos.    11-cv-02990-WYD-KLM
12-cv-02927-WYD-KLM

SCOTT BURKE, on behalf of himself and others similarly situated, and
ANTONIO COOK, on behalf of himself and others similarly situated,

    Plaintiffs,

v.

ALTA COLLEGES, INC., d/b/a/ Westwood College, a Delaware corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's[1] Motion to Compel and for Sanctions Pursuant to Fed. R. Civ. P. 37 for Withholding Relevant Evidence** [Docket No. 103; Filed August 5, 2013] (the "Motion") and **Plaintiff's Motion to Withdraw Without Prejudice Motion to Compel and for Sanctions Pursuant to Fed. R. Civ. P. 37 for Withholding Relevant Evidence** [#105; Filed August 6, 2013] (the "Motion to Withdraw").

    IT IS HEREBY **ORDERED** that the Motion to Withdraw [#105] is **GRANTED** and the Motion [#103] is **WITHDRAWN**.

    Dated:  August 15, 2013

---

[1] The Motion and the Motion to Withdraw were filed only on behalf of Plaintiff Scott Burke.