IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Nos.    11-cv-02990-WYD-KLM
                     12-cv-02927-WYD-KLM

SCOTT BURKE, on behalf of himself and others similarly situated, and
ANTONIO COOK, on behalf of himself and others similarly situated,

    Plaintiffs,

v.

ALTA COLLEGES, INC., d/b/a/ Westwood College, a Delaware corporation,

    Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff Scott Burke's[1] **Unopposed Motion to Modify Scheduling Order for Good Cause to Extend Discovery Deadline to Allow Pre Filing Conference Concerning Plaintiff's Motion to Compel and for Sanctions Pursuant to Fed. R. Civ. P. 37 for Withholding Relevant Evidence and Plaintiff's Motion for Sanctions for Failure to Comply with Fed. R. Civ. P. 30(b)(6)** [Docket No. 107; Filed August 7, 2013] (the "Motion"). In the Motion, Plaintiff Scott Burke requests that the discovery deadline be extended to September 23, 2013 and that the dispositive motions deadline be extended to November 14, 2013. *Motion* [#107] at 1. In the Motion, Plaintiff Scott Burke notes that he seeks extensions of the deadlines "solely for the purpose of filing" a motion to compel and a motion for sanctions. *Id.* The Court also notes that the Final Pretrial Conference is set for November 18, 2013 at 10:00 a.m.

    IT IS HEREBY **ORDERED** that the Motion [#107] is **GRANTED in part**. Parties must follow my procedures regarding discovery disputes, which do not permit the filing of motions to compel without permission. Hence, the discovery deadline is extended to allow the parties to follow my discovery dispute procedures only. The Scheduling Order entered on January 11, 2013 [#72] and amended on June 25, 2013 [#96], is further modified to extend the following deadlines:

    •     Discovery Deadline     **September 23, 2013**

---

[1] The Motion was filed only on behalf of Plaintiff Scott Burke.

- Dispositive Motions Deadline **November 14, 2013**

IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for November 18, 2013 at 10:00 a.m. is **VACATED** and **RESET** to **February 27, 2014** at **10:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **February 20, 2014**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the Forms section of the court's website at http://www.cod.uscourts.gov/Home.aspx.**

Dated: August 15, 2013