IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Nos.    11-cv-02990-WYD-KLM
                     12-cv-02927-WYD-KLM

SCOTT BURKE, on behalf of himself and others similarly situated, and
ANTONIO COOK, on behalf of himself and others similarly situated,

    Plaintiffs,

v.

ALTA COLLEGES, INC., d/b/a/ Westwood College, a Delaware corporation,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Reschedule Final Pretrial Conference for the Week of March 3, 2014 and for Counsel to Appear by Telephone** [#119][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#119] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for February 27, 2014 at 10:30 a.m. is **VACATED** and **RESET** to **March 4, 2014** at **11:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **February 25, 2014**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

    Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is

---

[1] "[#119]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the Forms section of the court's website at [http://www.cod.uscourts.gov/Home.aspx](http://www.cod.uscourts.gov/Home.aspx).**

IT IS FURTHER **ORDERED** that counsel for Plaintiffs and Defendant may appear by telephone at the Final Pretrial Conference on March 4, 2014 at 11:00 a.m. by dialing the Court at **303-335-2770**. The parties must initiate a conference call between themselves before dialing the Court.

Dated:  January 3, 2014