IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.     11-cv-02990-WYD-KLM

SCOTT BURKE, on behalf of himself and others similarly situated, and
ANTONIO COOK, on behalf of himself and other similarly situated,

    Plaintiffs,

v.

ALTA COLLEGES, INC., d/b/a Westwood College, a Delaware corporation,

    Defendant.

---

**MINUTE ORDER**

---

ORDERED ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Plaintiffs' Motion to Strike Brief in Support of Motion for Summary Judgment (ECF No. 118) is **DENIED as meritless.**   After a careful review of Defendant's motion for summary judgment, I find that it does not violate my Practice Standards.   However, I do note that Plaintiffs should have filed a motion to stay their response to the motion for summary judgment in conjunction with their motion to strike as the response date has now passed.   Using my discretion, I will permit Plaintiffs to file a response to the motion for summary judgment out of time, however, this courtesy will not be extended in the future absent extraordinary circumstances.   Accordingly, Plaintiffs may file their response to the motion for summary judgment, if they choose, not later than **January 28, 2014**.

    Dated: January 7, 2014