IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    11-cv-02990-WYD-KLM

SCOTT BURKE, on behalf of himself and others similarly situated, and
ANTONIO COOK, on behalf of himself and others similarly situated,

     Plaintiffs,

v.

ALTA COLLEGES, INC., d/b/a Westwood College, a Delaware corporation,

     Defendant.

---

**MINUTE ORDER**

---

ORDERED ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     On March 12, 2014, the parties contacted my chambers and indicated that this matter has settled.   Accordingly, the parties shall submit appropriate dismissal documents with the Court not later than **Friday, April 18, 2014.**   Finally, in light of the settlement, Defendant's motion for summary judgment (ECF No. 115) is **DENIED AS MOOT.**

     Dated: March 13, 2014