IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.     11-cv-02990-WYD-KLM

SCOTT BURKE, on behalf of himself and others similarly situated,

    Plaintiff,

v.

ALTA COLLEGES, INC., d/b/a Westwood College, a Delaware corporation,

    Defendant.

---

## MINUTE ORDER

---

    This matter comes before the Court on the Unopposed Motion to Withdraw Consents to Join filed by Darryl Battie and Manan Reese (ECF No. 144).

    This Court, having reviewed the file and being duly advised of the premises, hereby finds that the motion should be granted.   Accordingly, it is

    ORDERED that the Unopposed Motion to Withdraw Consents to Join Filed by Darryl Battie and Manan Reese (ECF No. 144) is **GRANTED.**   It is further

    ORDERED that the Consents of Darryl Battie and Manan Reese are effectively withdrawn this date.   It is further

    ORDERED that the foregoing named opt-in Plaintiffs shall no longer be a party to or be bound by this action.

Dated: May 16, 2014

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE