**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

---

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   June 11, 2014 |
| E.C.R./Reporter:   Terri Lindblom | |

---

Civil Action No:  **11-cv-02990-WYD-KLM**          Counsel:

**SCOTT BURKE, et al.**,                                         Donna E. Dell'Olio

        Plaintiffs,

v.

**ALTA COLLEGES, INC.**,                                    Noah A. Finkel
                                                       William M. Ojile, Jr.

        Defendant.

---

**COURTROOM MINUTES**

---

**MOTION HEARING**

**2:04 p.m.**   Court in Session

              APPEARANCES OF COUNSEL.

              Court's opening remarks.

              Defendant Westwood's Motion for Summary Judgment on the Claims of Plaintiff Scott Burke and Opt-in Plaintiffs Steven Levine and Nicholas Hruby [ECF Doc. No. 115], filed November 14, 2013, is raised for argument.

2:08 p.m.       Argument by Defendant (Mr. Finkel).

2:18 p.m.       Argument by Plaintiffs (Ms. Dell'Olio).

2:36 p.m.       Argument by Defendant (Mr. Finkel).

              Court makes findings.

| | |
|---|---|
| **ORDERED:** | Defendant Westwood's Motion for Summary Judgment on the Claims of Plaintiff Scott Burke and Opt-in Plaintiffs Steven Levine and Nicholas Hruby [ECF Doc. No. 115], filed November 14, 2013, is **DENIED.** |
| | Plaintiffs' Motion to Modify the Scheduling Order for Good Cause [ECF Doc. No. 141], filed May 14, 2014; and Plaintiffs' Motion to Amend Complaint to Join Opt-In Plaintiffs as Parties to the Action [ECF Doc. No. 142], filed May 14, 2014, are raised for argument. |
| 2:50 p.m. | Argument by Plaintiffs (Ms. Dell'Olio). |
| 3:00 p.m. | Argument by Defendant (Mr. Finkel). |
| 3:03 p.m. | Argument by Plaintiffs (Ms. Dell'Olio). |
| **ORDERED:** | Plaintiffs' Motion to Modify the Scheduling Order for Good Cause [ECF Doc. No. 141], filed May 14, 2014, is **GRANTED.** |
| **ORDERED:** | Discovery cutoff set for **Friday, August 29, 2014.** |
| **ORDERED:** | Plaintiffs' Motion to Amend Complaint to Join Opt-In Plaintiffs as Parties to the Action [ECF Doc. No. 142], filed May 14, 2014, is **GRANTED.** |
| **ORDERED:** | A 7-day bench trial is set to commence on **Monday, December 1, 2014, at 9:00 a.m., in Courtroom A-1002.** |
| **ORDERED:** | Trial preparation conference is set for **Tuesday, October 28, 2014, at 2:00 p.m., in Courtroom A-1002.** |
| **ORDERED:** | Proposed findings of fact and conclusions of law shall be filed not later than **Monday, October 20, 2014.** |
| **ORDERED:** | Parties shall file stipulations of facts not later than **Monday, October 20, 2014.** |
| **ORDERED:** | Revised final pretrial order shall be submitted not later than **Monday, June 30, 2014.** |
| **3:18 p.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:   1:14**