IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02990-WYD-KLM

SCOTT BURKE, on behalf of himself and others similarly situated,

   Plaintiff,

v.

ALTA COLLEGES, INC., d/b/a Westwood College, a Delaware corporation,

   Defendant.

## ORDER

This matter comes before the Court on the Unopposed Motion to Withdraw Consent to Join filed by Chris Johnson (ECF No. 149).

This Court, having reviewed the file and being duly advised of the premises, hereby finds that the motion should be granted.   Accordingly, it is

ORDERED that the Unopposed Motion to Withdraw Consent to Join filed by Chris Johnson (ECF No. 149) is **GRANTED.**   It is further

ORDERED that the Consent of Chris Johnson is effectively withdrawn this date. It is further

ORDERED that the foregoing named opt-in Plaintiff shall no longer be a party to or be bound by this action.

Dated: June 24, 2014

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE