IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02990-WYD-KLM

SCOTT BURKE, TREVOR CEVENE, MICHAEL CONDENSA, CHAZ FORTUNE, ROSALYN
GRIGSBY, CRYSTAL GULLICKSON, NICHOLAS HRUBY, MICHELLE JACKSON, STEVEN
LEVINE, VICKI MADIGAN, MIKAL WILLIAMS,

      Plaintiffs,

v.

ALTA COLLEGES, INC., d/b/a/ Westwood College, a Delaware corporation,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the Stipulation to Dismiss Claims of
Crystal Gullickson and Vicki Madigan With Prejudice, Fed. R. Civ. P. (a)(1)(A)(ii) (ECF
No. 164).   After carefully reviewing the above-captioned case, I find that the stipulation
should be approved and the two parties should be dismissed with prejudice pursuant to
Fed. R. Civ. 41(a)(1)(A)(ii).   Accordingly, it is ORDERED that Plaintiffs Crystal Gullickson
and Vicki Madigan are **DISMISSED WITH PREJUDICE**, each party to bear its own
attorney fees and costs.

      Dated:   December 12, 2014

                    BY THE COURT:

                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    Senior United States District Judge