IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02990-WYD-KLM

SCOTT BURKE, TREVOR CEVENE, MICHAEL CONDENSA, CHAZ FORTUNE, ROSALYN
GRIGSBY, NICHOLAS HRUBY, MICHELLE JACKSON, STEVEN LEVINE, and MIKAL
WILLIAMS,

      Plaintiffs,

v.

ALTA COLLEGES, INC., d/b/a/ Westwood College, a Delaware corporation,

      Defendant.

---

## MINUTE ORDER

---

ORDERED ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      Plaintiff's Motion to Allow Testimony of Trevor Cevene by Contemporaneous
Transmission for Good Cause Pursuant to Fed. R. Civ. P. 42 (ECF No. 177) is **GRANTED**
to the extent that Mr. Cevene's testimony may be provided at trial from a remote location.
However, prior to trial, Plaintiff's counsel shall coordinate the presentation of this
testimony with this Court's Automation Department to ensure it satisfies the requirements
set forth by the Administrative Office of the United States Courts.

      Dated: January 15, 2015