IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL

Civil Action No.:   11-cv-02990-WYD-CBS

SCOTT BURKE;
TREVOR CEVENE;
MICHAEL CONDENSA;
CHAZ FORTUNE;
ROSALYN GRIGSBY;
CRYSTAL GULLICKSON;
NICHOLAS HRUBY;
MICHELLE JACKSON;
STEVEN LEVINE;
VICKI MADIGAN, and
MIKAL WILLIAMS,

    Plaintiffs,

v.

ALTA COLLEGES, INC. d/b/a WESTWOOD COLLEGE, a Delaware corporation,

    Defendant.

---

ORDER REGARDING CUSTODY
OF EXHIBITS AND DEPOSITIONS

---

It is ORDERED that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired, or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado, this 5th day of February, 2015.

                              BY THE COURT:

                              s\ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              SENIOR UNITED STATES DISTRICT JUDGE