IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02990-WYD-KLM

SCOTT BURKE,
TREVOR CEVENE,
MICHAEL CONDENSA,
CHAZ FORTUNE,
ROSALYN GRIGSBY,
NICHOLAS HRUBY,
MICHELLE JACKSON,
STEVEN LEVINE, and
MIKAL WILLIAMS,

    Plaintiffs,

v.

ALTA COLLEGES, INC., d/b/a/ Westwood College, a Delaware corporation,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Findings of Fact, Conclusions of Law, and Order of Judgment, filed on March 23, 2015, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendant, Alta Colleges, Inc., d/b/a Westwood College, and against Plaintiffs, Scott Burke, Trevor Cevene, Michael Condensa, Chaz Fortune, Rosalyn Grigsby, Nicholas Hruby, Michelle Jackson, Steven Levine, and Mikal Williams, on Plaintiffs' claims under the Fair Labor Standards Act ("FLSA").  It is further

ORDERED that plaintiffs' complaint and action are dismissed with prejudice. It is further

ORDERED that Defendant shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 23rd day of March, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*/s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk